UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**JOSHUA KEZIAH,**                           :

    **Plaintiff**                              :

    v.                                        : CIVIL ACTION NO. 3:15-2171

**SUPERINTENDENT KERESTES,**       :       (Judge Mannion)
et al.,
    **Defendants**                         :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY**

**ORDERED THAT:**

1. Petitioner's motion to proceed in forma pauperis (Doc. 2) is **GRANTED** only for the purpose of filing the complaint.

2. The complaint is dismissed pursuant to 28 U.S.C. §1915(e) (2)(B)(I).

3. Plaintiff's motions for appointment of counsel (Docs. 4, 7) are **DISMISSED** as moot.

4. The Clerk of Court is directed to **CLOSE** this case.

5. Any appeal taken from this order will be deemed frivolous, without probable cause and not taken in good faith.

                                                 s/ *Malachy E. Mannion*
                                              **MALACHY E. MANNION**
                                              **United States District Judge**

**Date: December 10, 2015**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-2171-01-ORDER.wpd